UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN APPLEGATE, | 1:15-cv-01016-LJO-EPG (PC) |
| Plaintiff, | ORDER REQURING PLAINTIFF TO FILE A REPORT OR SECOND AMENDED COMPLAINT |
| v. | |
| MARLENE ROBICHEAUX, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Brian Applegate ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's initial complaint was screened, and was dismissed with leave to amend. (ECF No. 8). Plaintiff filed an amended complaint on September 28, 2015. (ECF No. 9). The amended complaint has not yet been screened.

The Court notes that on August 15, 2016, Plaintiff voluntarily dismissed a similar case, seemingly because at least one of the issues Plaintiff complained of was resolved. Voluntary Dismissal, Applegate v. N. Clark, et al., No. 1:15-cv-00207-LJO-EPG (E.D. Cal. Aug. 15, 2016), ECF No. 21. Accordingly, IT IS ORDERED that:

1. Plaintiff is to file a written report with this Court within thirty days from the date of the service this order. The report should state whether any of the

1

issues in this case have been resolved and whether Plaintiff intends to proceed on Plaintiff's First Amended complaint.

2. In the alternative, Plaintiff may file a Second Amended Complaint to reflect any changes in the scope of the claims or relief sought.

3. Failure to comply with this order may result in this case being dismissed.

IT IS SO ORDERED.

Dated:   **October 6, 2016**                          /s/ *Erica P. Grosjean*
                                                                        UNITED STATES MAGISTRATE JUDGE